UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LAURA PATRICK, an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:05CV00012 AGF ) |
| RANDALL A. SAWYER, | ) ) ) |
| Defendant. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the **July 31, 2006** trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 23rd day of January, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE