UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| LAURA PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:05CV00012 AGF |
| | ) | |
| RANDALL A SAWYER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for additional time, to and including **March 24, 2006**, to file a stipulation for dismissal, a motion for voluntary dismissal, or a proposed consent judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **Friday, March 3, 2006**, Defendant shall file a notice advising the Court of the status of the settlement.

_/s/ Audrey G. Fleissig_
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 23rd day of February, 2006.